IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-60678
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JIMMY V. WILLIAMS,

Defendant-Appellant.
_____

Appeal from the United States District Court for the
Southern District of Mississippi
USDC No. 2:95-CV-351-PS
_____
April 30, 1998

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Jimmy V. Williams, a federal prisoner (# 03225-043,) appeals from the district court's denial of his 28 U.S.C. § 2255 motion to vacate his sentence for using and carrying a firearm during a drug trafficking offense.

Williams argues that his 18 U.S.C. § 924(c)(1) firearm conviction was invalidated by the Supreme Court's decision in Bailey v. United States, 516 U.S. 137 (1995). We have reviewed the

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

record and the district court's opinion and find no reversible error.  Because Williams conceded at his guilty plea proceeding that he had a handgun in his waistband while conducting a sale of crack cocaine in a pickup truck, the evidence shows that Williams knowingly "carried" a firearm during and in connection to a drug trafficking offense.  See United States v. Still, 102 F.3d 118, 124 (5th Cir. 1996), cert. denied, 118 S.Ct. 43 (1997).  This conduct was sufficient to support his § 924(c)(1) conviction.  See id.

A F F I R M E D.